UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ALEXANDER-CAMPOS,<br>    Plaintiff,<br>    v.<br>BENJERMIN REINKE, et al.,<br>    Defendants. | Case No. 22-cv-05253-PJH<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a former detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983.  The court dismissed the second amended complaint with leave to amend after discussing the deficiencies with the complaint.  The time to file a third amended complaint has passed and plaintiff has not submitted an amended complaint or otherwise communicated with the court.  The case is **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated:  July 7, 2023

PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2022\2022_05253_Alexander-Campos_v_Reinke_(PSP)\22-cv-05253-PJH-dis_fta.docx